AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSH DONLEY,

                Plaintiff,

                v.

KATHY DANIELS and C/O MONTELONGO,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5001-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

June 14, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia